UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-549-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| CUNG LONG NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Conspiracy to Import Marijuana; Conspiracy to Distribute Marijuana; Conspiracy to Engage in Money Laundering; Money Laundering–Concealment of Real Property; Money Laundering–Concealment and Promotion Real Property; Engaging in Monetary Transactions with Proceeds of Unlawful Activity

<u>Date of Detention Hearing</u>:    March 28, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was arrested initially in the Central District of California pursuant to an arrest warrant originating out of this District. Defendant was not interviewed by Pretrial Services in this District. His background information remains unverified.

2. Defendant poses a risk of nonappearance based on the nature and circumstances of the instant charges, involving money laundering activity, his status as remaining at large since the warrant was issued in 2004; unverified background information, unstable residential situation, and a history of foreign travel. He poses a risk of danger due to the nature of the instant offense.

3. Defendant does not contest detention.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                            Rev. 1/91
PAGE 2

        an appearance in connection with a court proceeding; and

(4)    The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>28th</u> day of March, 2008.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge